**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**ADDONES SPENCER**                                                           **PETITIONER**
**Reg. #11060-027**

**v.**                              **No. 2:12-cv-00201 KGB-JTR**

**JOHN FOX, Warden,**                                            **RESPONDENT**
**FCI-Forrest City**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT petitioner's Motions for Preliminary Injunction and Temporary Restraining Order (Dkt. Nos. 5, 7) are DENIED.

DATED this 28th day of February, 2013.

*/s/ Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge