IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ADDONES SPENCER,**  **PETITIONER**
**ADC #101747**

v.  Case No. 2:12CV00201 KGB/JTR

**JOHN FOX, Warden,**
**FCI-Forrest City**  **RESPONDENT**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

It is therefore ordered that the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 1) is denied, and this case is dismissed, with prejudice.

DATED this 2nd day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE