IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ADDONES SPENCER,**  **PETITIONER**
**ADC #101747**

**v.**  **Case No. 2:12CV00201 KGB/JTR**

**JOHN FOX, Warden,**
**FCI-Forrest City**  **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this 28 U.S.C. § 2241 action is dismissed, with prejudice.

DATED this 2nd day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE